## BRIGGS v. DETROIT, TOLEDO & IRONTON RAILROAD CO.

Circuit Court of Appeals, Sixth Circuit. April 5, 1927.

No. 4725.

In Error to the District Court of the United States for the Southern District of Ohio, Western Division; Smith Hickenlooper, Judge.

Action at law by Richard D. Briggs against the Detroit, Toledo & Ironton Railroad Company. Judgment for defendant, and plaintiff brings error. Affirmed.

R. B. Newcomb, of Cleveland, Ohio (Sawyer & Pichel, of Cincinnati, Ohio, and Newcomb, Newcomb & Nord, of Cleveland, Ohio, on the brief), for plaintiff in error.

Edward E. Corn, of Ironton, Ohio (Clifford B. Longley and O. Z. Ide, both of Detroit, Mich., and Corn & Jenkins, of Ironton, Ohio, on the brief), for defendant in error.

Before DONAHUE and MOORMAN, Circuit Judges, and WESTENHAVER, District Judge.

PER CURIAM. The plaintiff in error brought an action in the District Court to recover damages for injuries sustained by him while in the employ of the Norfolk & Western Railway Company, alleging that such injuries were caused by defendant's negligence. To the petition of plaintiff the defendant filed an answer, denying negligence on its part, and pleading contributory negligence and assumption of risk. At the close of the plaintiff's evidence the trial court, on motion of defendant, directed a verdict for defendant on the ground that the plaintiff was guilty of contributory negligence, which was a proximate cause of his injury.

The trial court properly sustained the motion for a directed verdict. This case presents no new questions of law for the consideration of this court. For the reasons stated, it is wholly unnecessary to discuss in detail the facts or the law applicable thereto, or to express any opinion in reference to the evidence tending to prove negligence on the part of the defendant.

Judgment affirmed.

---

## In the Matter of the Petition of CLYDE STEAMSHIP COMPANY, as Owner of the Steamship INCA, in a Cause of Limitation of Liability, Civil and Maritime, Petitioner-Appellant.

Circuit Court of Appeals, Second Circuit. April 18, 1927.

No. 273.

Appeal from the District Court of the United States for the Southern District of New York.

See, also, 300 F. 561.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and James McKown, Jr., both of New York City, of counsel), for appellant.

David M. Fink and Jacquin Frank, both of New York City (Harold R. Medina and Edward Gluck, both of New York City, of counsel), for claimant Elizabeth Beer.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (16 F.[2d] 930) affirmed, with costs.

---

## In the Matter of Joseph DAVIDSON, Bankrupt; Henry E. Coleman (Henry E. Cohen), Appellant.

Circuit Court of Appeals, Second Circuit. April 11, 1927.

No. 289.

Appeal from the District Court of the United States for the Southern District of New York.

Henry E. Coleman, of New York City, pro se.

Charles C. Schwartz, of New York City (David L. Klein, of New York City, of counsel), for appellee.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed in open court.